| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hood, Denise Page | 2. Court or Organization<br><br>U.S. Dist. Court, Eastern MI | 3. Date of Report<br><br>08/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd, Rm. 251<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Cyprian Center |
| 2. Vice Chair/Trustee | Olivet College |
| 3. Chair | State Planning Board (Legal Services) |
| 4. Director | Detroit Metropolitan Bar Association Foundation |
| 5. Chair/Director | Inside/Out Literary Arts Progject |
| 6. Director | Harper/Hutzel Hospital |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 14 A 10: 36 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 08/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 10/28/07 | Shiloh Baptist Church |
| 2. 4/14/07 | People's Comm Church |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association's Employment Rights & Responsibilities Comm. Midwinter Mtg. | March 27-31, 2007 | New Orleans, LA | Speaker/Panelist | $1221.96 (for airfare, hotel, ground transportation) |
| 2. | Rendigs Nat'l Products Liability Moot Court | April 14, 2007 | Cincinnati, OH | Moot Court Judge | $300.70 (for mileage) |
| 3. | Nat'l Employment Lawyers Assoc. (NELA) Conference | June 27-July 1, 2007 | San Juan, Puerto Rico | Speaker/Panelist | $509.20 (air, ground transportation) |
| 4. | American Bar Association's Annual Meeting | August 10-12, 2007 | San Francisco, CA | Panelist | $715.96 (air, hotel, ground transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 08/13/2008 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 08/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | Mortgage for Cyprian House | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MI Judges Retirement | D | Interest | M | T | | | | | |
| 2. Met Life | A | Int./Div. | J | W | | | | | |
| 3. Provident Nat'l Annuity | A | Int./Div. | M | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 (5, 6, 7 - below) | | | | | | | | | |
| 5.    - EMC Corp. Mass. | | | | | | | | | |
| 6.    - Nortel Networks | | | | | | | | | |
| 7.    - Citibank, NA Bank Dep. Prog. | | | | | | | | | |
| 8. BROKERAGE ACCOUNT #2 (9 - 20 - below) | | | | | | | | | |
| 9. Western Asset $ Fd CL/A (formerly SB Money Fd Cash CLA Port | A | Dividend | J | T | | | | | |
| 10.    - Daimler Chrysler | A | Dividend | J | T | | | | | |
| 11.    - AOL Time/Warner | A | Dividend | J | T | | | | | |
| 12.    - Walt Disney | A | Dividend | J | T | | | | | |
| 13.    - GAP, Inc., Del. | A | Dividend | J | T | | | | | |
| 14.    - United American   Healthcare | A | Dividend | J | T | | | | | |
| 15.    - VanKmp Emerg Frwth Fd CLC | A | Int./Div. | J | T | Sell | 12/06 | J | A | |
| 16.    - SmithBarney Man Muni Fd CLL | A | Int./Div. | J | T | Sell | 12/06 | J | A | |
| 17. Oppenheimer Gold & Spec (X) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citibank NAS.D.BK Dep Prog (X) | A | Interest | J | T | | | | | |
| 19. Citadel Brdcasting (X) | A | Dividend | J | T | | | | | |
| 20. CAP WLD Growth Inc Fd CLASS A (X) | A | Int./Div. | J | T | Buy | 12/06 | | A | |
| 21. Detroit Mun. Credit Union | A | Interest | J | T | | | | | |
| 22. 1st Independence Bank | A | Interest | J | T | | | | | |
| 23. EVLICO (AXA Financial/Equitable) | A | Interest | J | T | | | | | |
| 24. AXA ADS (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Cols Metro Credit Union | A | Interest | J | T | | | | | |
| 26. Prudential (DPH) | A | Interest | J | T | | | | | |
| 27. - SB Cap Pres. Fd CLB (X) | A | Int./Div. | J | T | | | | | |
| 28. - Citibank NA Bank Dep Prog (X) | D | Int./Div. | L | T | | | | | |
| 29. Eschaton, LLC (X) | E | Rent | M | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 08/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS & TRUSTS

Lines 4 - 7    Brokerage Acct #1 (now belongs to ██████████ )

Line 19    Citadel - inadvertently not reported 3/27/00 purchase date

Line 21    Cap Wld Growth - inadvertently not reported 12/18/06 purchase date

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544